# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY PIATEK a/k/a
PETER BARDESON,

       Plaintiff,        Case No. 05-C-1153

  v.

STEVEN ADAMSON, CRAIG KNOX,
DAVID GRAVES, CHIEF STURGES,
WISCONSIN COUNTY MUTUAL
INSURANCE COMPANY and
SCOTT MCCLORY,

       Defendants.

## OPINION AND ORDER

The parties to this lawsuit have stipulated to the voluntary dismissal of all claims raised. See Federal Rule of Civil Procedure 41(a). Therefore, the court ORDERS that the Amended Complaint and this action are dismissed with prejudice, but without costs or attorney fees taxed against any party.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Larry Piatek and Defendants Steven Adamson, Craig Knox, David Graves, Chief Sturges, Wisconsin County Mutual Insurance Company, and Scott McClory having stipulated to the dismissal of all claims raised in this action which was brought before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the court having dismissed the Complaint,

IT IS ORDERED AND ADJUDGED

    that this action is dismissed with prejudice and without costs or attorney fees taxed to any party.

    Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 6th day of April, 2006.

                                       s/ Thomas J. Curran
                                       Thomas J. Curran
                                       United States District Judge